IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00001-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    YELENA STOLYAR,

    Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE
AND FORFEITURE MONEY JUDGMENT**
_____

This matter comes before the Court on the United States' Motion for Preliminary Order of Forfeiture and Forfeiture Money Judgment [Docket No. 110] and Amended Motion for Preliminary Order of Forfeiture and Forfeiture Money Judgment [Docket No. 128]. The Court having read the motions and being fully advised in the premises finds that:

The United States and defendant Yelena Stolyar entered into a Plea Agreement and Statement of Facts Relevant to Sentencing [Docket No. 94], which provides a factual basis and cause to issue a forfeiture order under 18 U.S.C. § 982(a)(1) and (7) and Rule 32.2 of the Federal Rules of Criminal Procedure.

Prior to the disposition of the assets, the United States is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

Therefore, it is

ORDERED that the Amended Motion for Preliminary Order of Forfeiture and Forfeiture Money Judgment [Docket No. 128] is granted, and the Motion for Preliminary Order of Forfeiture and Forfeiture Money Judgment [Docket No. 110] is denied as moot. It is further

ORDERED that defendant Yelena Stolyar's interest in the following is forfeited to the United States in accordance with 18 U.S.C. § 982(a)(1) and (7):

> Real property located at 9200 East Kansas Place, Denver, Colorado 80247, more fully described as: Lot 7, Block 1, Alton Park, Filing No. 4, County of Arapahoe, State of Colorado

It is further

ORDERED that a Forfeiture Money Judgment in the amount of $498,418.07 is entered against defendant Yelena Stolyar in accordance with 18 U.S.C. § 982(a)(1) and (7), for which she is jointly and severally liable with co-defendant Leonid Stolyar.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment. It is further

ORDERED that the United States Department of Treasury, or its designated sub-custodian, is directed to seize the property subject to forfeiture and further to make its return as provided by law. It is further

ORDERED that the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for thirty consecutive days. It is further

ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 982(a)(1) and (7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.

DATED August 3, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge