IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 11-cr-00001-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. YELENA STOLYAR,

    Defendant.

---

**ORDER**

---

    This matter is before the Court on the United States' Motion to Dismiss Counts 2-14, 16-40 and 63 of the Indictment at Sentencing as to Yelena Stolyar [Docket No. 118]. The Court has reviewed the pleading and is fully advised in the premises. It is

    ORDERED that the Motion to Dismiss Counts 2-14, 16-40 and 63 of the Indictment at Sentencing as to Yelena Stolyar [Docket No. 118] is granted. Counts 2-14, 16-40, and 63 of the Indictment are dismissed as to defendant Yelena Stolyar.

    DATED August 7, 2012.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge