IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00001-PAB-2

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2. YELENA STOLYAR,

       Defendant.

---

**ORDER TO SURRENDER IN LIEU OF
TRANSPORTATION BY THE UNITED STATES MARSHAL**

---

      IT IS ORDERED that Defendant YELENA STOLYAR, having been sentenced in this case to the custody of the Bureau of Prisons, is to surrender herself by reporting to the Warden, FCI Dublin, 5701 8th Street-Camp Parks, Dublin, California, on September 11, 2012, by 12:00 noon, and will travel at her own expense.

DATED September 7, 2012.

               BY THE COURT:

                s/Philip A. Brimmer
               PHILIP A. BRIMMER
               United States District Judge