IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00001-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. YELENA STOLYAR,

    Defendant.
_____

**ORDER**
_____

    This matter comes before the Court on defendant Yelena Stolyar's Motion for Reconsideration of Extension of Time by Which to Surrender [Docket No. 142] and the first and second supplements [Docket Nos. 144 and 145] to that motion. As noted by the Court in its Order [Docket No. 136] denying Ms. Stolyar's Motion to Stay [Docket No. 134], the disruption caused to Ms. Stolyar's children by her impending imprisonment is regrettable. However, as discussed in that order, Ms. Stolyar has proven by her past conduct that she poses a danger to the community. As a result, her request to stagger the sentences of herself and her husband is not appropriate. Wherefore, it is

    ORDERED that defendant Yelena Stolyar's Motion for Reconsideration of Extension of Time by Which to Surrender [Docket No. 142] is denied.

DATED September 10, 2012.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge