IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00001-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     LEONID STOLYAR,
2.     YELENA STOLYAR,

       Defendants.
_____

**FINAL ORDER OF FORFEITURE**
_____

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture [Docket No. 149] for the following property: Real property located at 9200 East Kansas Place, Denver, Colorado 80247, more fully described as: Lot 7, Block 1, Alton Park, Filing No. 4, County of Arapahoe, State of Colorado (subject Real Property). The Court having read said Motion and being fully advised in the premises finds that:

The United States commenced this action pursuant to 18 U.S.C. § 982(a)(1) and (7) and Rule 32.2 of the Federal Rules of Criminal Procedure;

A Preliminary Order of Forfeiture and Forfeiture Money Judgment as to Leonid Stolyar was entered on July 27, 2012, and a Preliminary Order of Forfeiture and Forfeiture Money Judgment as to Yelena Stolyar was entered on August 3, 2012. [Docket Nos. 129 and 131];

All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S. C. § 853(n);

The United States and Alton Park Home Owner's Association have entered into an Expedited Settlement Agreement as to Alton Park's assessment lien for the subject Real Property;

The United States and Petitioner JPMorgan Chase Bank, N.A. have likewise entered into an Expedited Settlement Agreement as to JPMorgan Chase's lienhold interest in the subject Real Property;

It appears there is cause to issue a forfeiture order under 18 U.S.C. § 982(a)(1) and (7).

NOW, THEREFORE, IT IS ORDERED that

Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 982(a)(1) and (7), free from the claims of any other party: Real property located at 9200 East Kansas Place, Denver, Colorado 80247, more fully described as: Lot 7, Block 1, Alton Park, Filing No. 4, County of Arapahoe, State of Colorado; and

The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law and in accordance with the Expedited Settlement Agreements entered into between the United States, Alton Park Home Owner's Association, and JPMorgan Chase Bank, N.A.

DATED November 29, 2012.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge