IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00001-PAB-1

UNITED STATES OF AMERICA,

   Plaintiff,

v.

1. LEONID STOLYAR,

   Defendant.

---

## ORDER EXONERATING BOND

---

This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was remanded to the custody of the United States Marshal at sentencing, or has self-surrendered to the designated facility, as confirmed by the United States Bureau of Prisons.  As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied.  Accordingly, it is

   **ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.  It is further

   **ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

   DATED April 3, 2013.

                    BY THE COURT:

                     s/Philip A. Brimmer
                    PHILIP A. BRIMMER
                    United States District Judge